FILED

AUG 07 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK

In The United States District Court Eastern District of North Carolina
Weatenn Divison

5:26-CT-3243-D

Brittany Latrina McCullough
Plaintiff

Criminal Complaint/
Affidavit

VS.

Craven County Detention center, Pamlico County Detention Center, Sheriff Chris Davis, Sheriff Chip Davis, Pamlico County Department of social services Major Anthony Collison, Chief Chad Smith, Lt. Harkley (Terrance), C/O Murrel C/O Moser; C/O Madison, Officer R Underwood, Officer J. Brown, Detective Justin Kilogne, Detective Kaitlyn Smith, City of Havelock Police department Detective Langle, Craven County investigation divison; C/O Gray (Craven) officer Dusty Rusell (Pamlico), FBI agency Detective Jobe (Caleb), Debra Greer Director Pamlico DSS, Lauren Weatherly Supervisor DSS, Tracy King, Courtney Norfleet, Holly Russell Supervisor (Pamlico DSS), Robert Dees, Amanda Gaskin, Christina Holton, Michelle Hollowell, Annie Donaldson, Attorney Advocate Cindi Quay Clerk of court Lisa Rugh (Pamlico), Clerk of court Lexanne Huffman, Paula White Craven magistrate, Pamela C. Spain magistrate (Pamlico), Christina Chase Nortony, Amanda Gaskin (Pamlico insurance), ADA Jamie V. Askin, ADA Irene Finney, Attorney Brain J. Gatchel Pamlico DSS, Marasha Mitchel-Hamilton, White and Allen Lawyer firm LLC, Craw and Smith Law firm LLC, Guy Smith Attorney, Nicholas D. Yuko Attorney, Attorney Donna J. Boggs, Attorney Mark Sweat, Carteret, Craven, Pamlico child advocacy center, Casey Hoffman, Guardian AD litem Craven County, Aniallene Beskley, Charles Laplace, Kalyka cook, Ben. Harrison, Ray Pesper, Virmgn Pesper, Maragie Fritz, Judge Debra L. Massie, Judge Clifton Bowe, Judge Augustine willis, Judge Walter Mills, Judge David W. Macfadyen III, Wyane County Dentention Center, Sgt. Anderson, Sgt. Fasicon, Sgt. Vasquez

Jurisdiction and Venue

The complaint establish that the United States District Eastern District of North Carolina has jurisdiction. Section 1983 fall under Federal question jurisdiction 28 USC ss 1331, which grants this Federal court authority to decide violations of Federal law, Constitutional law. Plaintiff request this court to regard 28 USC. ss. 1343, grant Jurisdiction over civil rights claim Plainff chosen this court based on the location violation occured: 1100 Clerk road New Bern NC 28563, 900 main street Bayboro NC 28515, 202 main street Bayboro NC 28515, 302 Broad Street New Bern NC 28560,

Beautiful day,

Thank you for taken the time to read my letter, I am current housed at 1100 Clark road New Bern NC 28563 if you could please mail any responding mail to 1100 Clark road New Bern NC 28563 I would greatly appreciate. Their are few address's that I am unable to get during this time. Craven / Pamlico child advocacy center and Havelock PD if you could please assist I would truly appreciate it.

Thank you,

Brittany L. McCallfi

July 20th 2026

P.S.

May I please have a ~~[illegible]~~ time stamped copy. Thank you!

Exhibit(s) added it 1-5

please provide a copy thank you again

I. Affirmation

I, Brittany L. McCullough, Native American National, innocent woman invoke all Constitutional and unalienable Rights waiving none. I, affirm in Good faith with clean hands and pure heart. I, innocent woman, Brittany McCullough affirm that the United State Constitution is Supreme law of the land. I affirm my alligence to the Declaration of Independence. I invoke all oath of office of court official and require you to uphold the United States Constitution.

II. Introduction

In the begining the Fruits of the poisoness tree, abused their authority, overthrowed the United States Constitution, discrimination, prejudice, trespass kidnapping, humantrafficking, Federal kidnapping, Child abduction, abduction, Aiding and Abetting, false imprisonment, falsified claims/documents/and statements to law enforcement and Federal agenices, Conspiracy, coercion, organized crime, political subdivison, Hate crime, mail fraud, trespass on intellectual property, Bad-faith breach, war crimes, sexual assult, Harrasment, Police brutally, Physical and mental abuse, communicated threats, ineffective counsel, breach of contract, Tortious Acts, violated Attorney client privilege, Entrapment, Hate speech, Intimidation, Judicial misconduct, white collar crimes, violated our due process law, lack subject matter Jurisdiction, violated our [United States Constitution fourth, fifth, Sixth, Eighth, thirteenth, and Fourteenth Amendments] Plaintiffs unalienable and Constitutional rights flagrantly violated and deprivated of life, liberty, and equility. Said above wrongdoers willingly, intentionally, knowingly and Feloneously did overthrow the United States Constitution and deprived

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 4 of 55

plaintiff of Constitutional rights protected by the first, fourth, fifth, sixth, eight, thirteen and fourteenth Amendments violated. Conspired against rights U.S.C 18 § 242, violated U.S.C 18 § 2071, U.S.C 18 § 2076 violated, U.S.C 42 § 1983 violated [illegible] Civil Action for deprivation of rights; conspiracy to interfere with civil rights U.S.C 42 § 1985; Action for neglect to prevent U.S.C 42 § 1986 violated, negligence [illegible] violated 5 USC 7311 caused irreparable injuries of my four native offspring, myself and the Mccullough family.

Statement of Facts:

On January 9th 2025 approx 10:50 pm located minsotta beach Ferry McCullough was unlawful unconstitutional and unethical sexually assualted bodily attacked, falsed imprisoned unlawful taken away from my four minor offspring by Pamlico County Sheriff officers R. Underwood and J. Brown and Russel for an alleged traffic infraction. My automobile and keys unlawful taken leaving my four offspring and myself in 24° degree hypothermia weather by ferry director unconstitutional, knowingly, willingly, intentionally and Feloniously. Officers failed to provide due process of law. Ferry director hostile temperment and abuse of authority by stealing my keys refusing to open public rest area for access due to discrimination caused irreparable injuries to my four native offspring and ms. McCullough. This violated McCullough family [fourth, fifth, sixth, eighth, and fourteenth Constitutional rights Amendments.]

Pamlico County Police officers falsified documentation and report stated I was elebrated without probable cause, failed to provide test nor any evidence. Failed to state any kind of reason for my arrest when asked they stated "They did not know, let them figure it out". Officers refused to call a female officer when requested several times nor turn on their body camera's I requested several times if they would please turn on their body camera's. The said above wrongdoers violated my Physical body parts, my pants were ripped as well as my dress (black) from officer sexual assulting me and burtal attacked with red, purple and black burises all over my body face, legs, arms, back, chest, waist, neck, face, inner thigh, feet and stomach in front of my four native offsprings causing PTSD and truzimizing four young minor intentionally, willingly, knowingly and feloniously caused irreparable injuries.

Pamlico County officers then refused to release me took me into custody unlawful removing me from my four native offspring intentionally, willingly, knowingly and feloniously without reason for my arrest. Pamlico officers then proceed to abuse their authority and inflict mental abuse on my four native offspring by keeping them in Freezing cold for over 2 1/2 hours in 24 degree weather. The officer left my four offspring outside instead of placing them in a warm vechile they had access to this senseless act caused displayed curel and unusal punishment intentionally and caused my four

native offspring. The officer smoked a cigette in the present of my four native offspring they had to inhale second hand smoke outside in the freezing cold. Officer stated to the children and Pamlico DSS they had to keep their K-9 warm which is equipped to cold weather did not have room in their partol car for the children to keep warm.

Pamlico County Police reached out to Pamlico County Department of Social Service Lauren Weatherly and Tracy King they refused to pick up my four native offspring stated this matter was not in their Jurisdiction and did not (refusing to assist in the well being nor safety of the children. Pamlico County DSS knew Pamlico County police did NOT have the proper equipment (Car seat, space in the car) to transport a 1yr old minor nor space for four minor children and willingly, knowingly, intentionally and Feloniously denied services to the Pamlico County officers leaving the 4 minor children outside in 24° degree weather without assist. Lauren Weatherly and Tracy King from Pamlico County DSS and Pamlico Police (Officers) dealt with my four minor offspring very harshly inflicting mental abuse and Physical abuse causing them irreparable injuries from the very began.

Christian McCullough requested to reach out to Sgt. Ben Hollowell on his cell phone located in Greenbelt Maryland to assist with getting them out of the Freezing [illegible] reachout

Sgt. Ben Hollowell found transportation for the children. Ray and Virigina Resper arrived pre request of Sgt. Hollowell located Greenbelt MD) they took the ~~six~~ my four native offspring to 422 Folerence Street New Bern NC 28505. picked them up located Minnesota Beach 2 1/2 hours later after my unlawfu arrest.

EMS arrived to Pamlico County Jail seem all of the bursing on my body face, legs, waist, chest, back, neck dress ripped by Pamlico County officers. EMS wanted to transport me to the hostipal but same officers on duty were going too. I refused to seek assist due to fear for my life and safety concerns. C/O Beasley from Pamlico County Jail took several pictures of me as I undressed due to all of the pain I refused to take a shower and just wanted to be left alone.

Couple days later once released I was picked up 15 Emily Street New Bern NC by EMS. Deputy J. Brown arrived shortly after requested to speak with Diameta Banks at 15 Emily Street New Bern NC asking her why I was going to the hostipal and personell question about Ms. McCullogh. Shortly after EMS worker recieved phone calls back to back by [illegible] Pamlico County police requesting information details.

Once arrived to Craven County hostipal the ER Doctor took one look at and placed in the back room

began to exam the damage inflicted by Pamlico County Police officers. The Doctor requested X-Ray then contacted SBI in Raleigh North Carolina. Rap Kit was done by Branson Jones arrived took a report futher his investigation with the ferry operator, Pamlico County Police, Pamlico County Jail Craven County hostipal and McCullough statement found that my statment and evidence to be true. The N.C Attorney General placed J. Brown on suspendtion and fired officer B. Underwood from pamlico law enforcement. This is not the first time Pamlico County Police officers have hurted attacked or sexually assulted other individual in the county of Pamlico.

Once I left the hostipal went to 422 Florence rd New Bern NC to pick up my children from Ray Resper. Mr. Resper advised me to chill out due to Pamlico county Police department, they do not play fair. Ray and Viringa Resper then stated I could not get my four native offspring due to Pamlico County Department of social service. if I took my four offspring DSS directed them to contact the Pamlico County Police department to have me unlawful/unconstitutional arrested. When I had full custody and parental rights of my four native offspring. During this time Ray Resper advised me I would not be getting my offspring back. Lauren Weatherly and Tracy King had informed them to make arrangement to keep my offspring for long term. Lauren Weatherly, Tracy King, [illegible] Hollowell

Case 5:26-cv-03243-D Document 1 Filed 08/07/26 Page 9 of 55

and Amadei Gaskin from Pamlico County DSS conspired to defaurd (Faurdlent) federal and state funding by unlawful, unconstitutional, unethically, willingly, knowingly, intentionally and Feloniously providing daycare funding without my consent and given the full max hours to Resper daycare making a private agreement to withhold my offspring from me by intimidation threats to unlawfully arrest me if I removed my four native offspring from Resper daycare. The said above wrongdoers faurdlent defaured State and federal funding daycare voucher program and abused their authority by any means neccarsey to keep my offspring away from me even by stealing federal and State funding by faurdlent signing and keeping a voucher in my offspring names without my consent. When I requested all [redacted] said above wronger does to stop creating fraudlent using my children information they refused to do so.

Resper and Pamlico County DSS refused to allow my children to attend school session nor receive adequate assist in their studies subjecting them to cruel and unusal punishme and refused them to attend church. [redacted] 12yr old Christian, 11yr old Levi and 6yr Thompson had to sit in the corner from sunrise to bedtime never allowed to play with other children nor allowed to go outside yet alone move from one spot all day inside of thei house. 1yr old Devora was left in a highchair from sunrise [illegible] [illegible] [illegible] rashes

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 10 of 55

My 4 native offspring were not allowed to play outside like other children located at the daycare. They were yelled at on the regular basic belittled and called foster care children. My offspring refused to eat due to their vegaterian diet Presper would punish them for being picky or sent them to bed and say very harsh statement such as "You better get use to it because you are not going back to your mother" "Yall do not know how to act cry to much because if you had a father figure around all that crying would not be going on." "You do not have a father his dead now yall are foster kids so yall better understand you won't get what you want anymore." "I'll give you something to cry about all this bull shit gotta stop" - Bay Presper

Children were focused to change their deit and enviornment made them very sick. Bay Presper choked Christian McCullagh and pulled Levi by the neck of his shirt for crying for wanting to speak with their mother. Ripped Christian shirt and Levi shirt. Devora did not want her diaper changed any longer with burnes on her bottom green dieherra had dirty bottles on the regular basic until i arrived. They placed her in the dark all night long and allowed her to cry calling her spoiled. All of these action were reported to pamlico County DSS Lauren Weatherly and Tracy King. Video footage pictures were provide as well. Pamlico County DSS failed to redress these matters but continued to threaten place me under arrest if I removed my four native offspring from Bay Presper [illegible] foster to

Case 5:26-ct-03243-D Document 1 Filed 03/07/26 Page 11 of 55

Raleigh headquaters. Since Pamlico County DSS failed to investigate nor visit the children check on their well being.

Pamlico County DSS and Ray & Virigina Resper refused to allow the children to attend spiritual and Religious services and them "their God can not save them" instill disbelief in their young mind.

Virigina Resper yelled at me when I tried to visit or homeschool my children in front of them. Kicked me out and called me all kind of names to get a reaction out of me. Threaten to call Pamlico County Police to have me arrested if I spoke or try to defend my four native offspring. Subjecting myself and my four native offspring to mental abuse. Resper would take all food provide personal items and funding refused children to have access. (Toys, outside scotter, ipads, toys etc.)

Between date of Janurary 18th to January 27th 2025 on the dail basic I went to pamlico County DSS located 828 Allance main Street Bayboro NC 28515 to speak with and demand Tracy King and Lauren Weatherly to stop threaten me with arresting me and to release my children so we can go back home. I had full custody and full parental Rights of my four native offspring wanted to resolve find resolution



offspring

and Pamlico County Police. Furthermore i wanted to defuse the mental and physical abuse subjected towards my four minor offspring Lauren Weatherly and Tracy King, Holly Russell Stated "The only way I could get my children back if I moved to Pamlico County and got a Job at Mayo's restaurant" A restaurant owned by clerk of court Sarah Mayo family and custody and parental rights I had and still have. Holly Russell said "I had to fix and handle what happened on Jan 9th 2025 and address my issue". I stated "I did not stay in Pamlico County and resided in Washington DC domicile 5503 8th Street N.W Washington D.C all of my offspring and myself belonging and benefit were in Washington DC," "our insurance Doctors and services all in the District of Columbia. I provided lease with water light bill insurance information. I expressed I did not recieve benefit from North Carolina. Pamlico County DSS did not care refused to allow us to leave and continued to threaten my freedom and demand I move to Pamlico County and work at Mayo's If I wanted my children back.

Due to the overwhelming mental and physical abuse by Ray Resper and Virigina Resper toward my four native offspring and lack of services or protection by Pamlico County DSS, I reached out to fellow church members Margiae Fritz and Racheal Singletary. They witness the acts of mistreatment and abuse inflicted on my four native offspring and myse[lf] Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 13 of 55 [...]ed to assist

They contacted Pamlico County DSS see what was going on why the children could not be returned to their mother? what would be the process to remove the children and tell Pamlico County DSS Weatherly and King what they witness of the mistreatment and steps had to be done to assist in getting the children out of that home and back with their mother? Pamlico County DSS refused to respond nor contact Fritz nor Singletary.

On January 21st 2025 Ms. McCullough, Fritz and Singletary scheduled appointment with Pamlico County DSS. Before the appointment I printed out Gaurdship Letter online at Fritz home in Havelock NC. It was later signed an nortarize before the DSS appointment to ensure removal of my offspring from the Resper home. Shortly after we spoke with Weatherly and King provide all documentation need it with government clearances, Singletary had NC DL and Fritz had FL DL provide it to Weatherly and King. Video footage was showed once again to Lauren Weatherly and Tracy King they refused to address this matter of abuse on Christian and Levi being chocked by Ray Resper. DSS cause trauma to the children willingly, knowingly, intentionally and feloniously and refused to correct nor resolve that matter Pamlico County DSS unconstitutional unlawful intimidated me by threats of placing me into jail by force. If I did not gave up my children volunteerly.
They refused [illegible] the children [illegible] Pamlico County Ray Resper daycare even after video footage

of mistreatment and abuse.

Thompson Onuoha 1 yr old recieved an ear infection in the mid month of January 2025. I recieved phone call from Michelle Hollwell that her and Bey Presper were at the hostipal in the county of Craven NC. Michelle Hollwell refused to take my Washington DC insurance (Thompson Onucha Washington DC Insurance) information and gather the information but decide to bill the medical bill to Bey Presper to create connection. Michelle Hollwell knowingly willingly, intentionally, felously conspired with other Pamlico County DSS worker to make the children develop residence in Pamlico County. Michelle Hollwell ~~and~~ a employee at Pamlico County DSS and Granddaughter of Bey Presper removed Thompson Onucha Insurance Information from the billing department that was already on file at Craven hostipal record add Bey Presper to create a bill. Shortly after the ER visit Bey Presper called me ask me to use my insurance to get Thompson Onuoha medication at Walgreens due to the amount (cost) of the medication. I had it switched over to CVS which was on the record already with the insurance company and Bey Presper went to pick it up (medication) within 1 hour after discharged.

January 23, 2025 [illegible] DSS [illegible] Ms. McCullough

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 15 of 55

that the children could not be removed due to an open medicial bill created in Bay Resper name for Thompson Onuoha had to be paid first in order to move my four native offspring. Washington D.C. Americhealth insurance transfer the medical bill from Bay Resper to Thompson Onuoha insurance that he had since birth. What fact and law is this?

On January 27 2025 Pamlico County DSS agreed to allow me to see my offspring and provide homeschooling instruction to them after missing over two weeks of schooling without proper reasoning to withhold education from my 10yr Christian McCullogh 11yr Levi McCullogh and Jyrold Thompson Onuoha. Pamlico County DSS approved 2hour 3times a week ~~violating~~ violated my Constitutional Parental Rights and due process of law withholding me from my legal custody (interence) rights of my four native offspring abusing their authority "Using to Good ol system" to place me in jail take away my children if I removed them. I reached on the daily basic to Pamlico County DSS Tracy King and Lauren Weatherly to please stop threaten me using my offspring to send me to jail when I have full custody and parental Rights. Several other individual in the community ~~also~~ reached out to Pamlico County DSS to speak with them about their unlawful [illegible] action towards McCullo

family.

In February 5th 2025 Tracy King and Lauren Weatherly from Pamlico County DSS advised Fritz and I to come and pick up my four native offspring from Bay Besper day care located 422 Florence Street New Bern Nc. Lauren Weatherly Tracy King and Michelle Holloway were present during this time. Bay Besper pulled me to the side said "Donot take them kids leave them here they're going to take the children from you DSS is not gave them kids back to you". During this time I had full custody and parental rights of all four of my native offspring. Around 5pm Fritz myself and my four native offspring left the county of Pamlico. My native offspring did not return to the County of Pamlico. My four native offspring and myself traveled ~~home~~ to our domicile located in Washington D.C until Pamlico County DSS contacted Fritz and began threating her of imprisonment if the children left the state of North Carolina. Pamlico County DSS told Fritz that I could not stay at her home nor have ~~unvisited vis~~ unsupervised visitation with my children in havelock NC. Pamlico County DSS Weatherly and King abused their authority lack subject matter Jurisdiction nor had the authority to impose threats towards others keep my children way from me. These said above wrong-doers intentionally, willingly, knowingly and Feloniously ~~to~~ violated my Constitutional rights and liberties.

Pamlico County lack subject matter Jurisdiction nor did I sign any kind of agreement with Pamlico County DSS nor gave consent to withhold my Pursuant of Happiness life liberty or equil from myself nor my native offspring.

Few days later Weather directed King to popup at Fritz doctor appointment and have a conversation with Fritz threaten her to remove my four native offspring if she allowed me to stay with her at her home locate 4009 Landing circle Havelock NC. Threaten her to remove the children place her in jail if I spend time alone with my children. Pamlico County DSS (King) requested her to sign an agreement or they would remove the children.

Pamlico County never did any kind of home visit with Fritz nor the children during there belief stay with Fritz by force due to the fact they lacked subject matter Jurisdicti and personal Jurisdiction. They did not provide any kind of services nor were the children enrolled in North Carolina School board of education. They were enrolled in Washingto D.C. Board of education (DC Lottery school system) Homesch under their umbrella in which i paid for private academy to provide letter learn material.

Pamlico County DSS stated that anyone around the child had to go thru a criminal back ground must be a resident of North [illegible] family and

friends would not get approved.

Fritz had the authority given to her by Pamlico County DSS to pick whomever she wanted to watch my children without background check done expect my biological family. Fritz having Florida DL at the time herself.

On February 10th 2025 Pamlico County DSS King and Weatherly began to harass Ms. Fritz threaten her to NOT allow me at all to see my four native offspring. I had full custody and parental rights

Tracy King then reach out to me and requested my mother to come get the children or anyone in my family. Tracy King then reached out to the children Grandmother Shilda McCullogh and stated that if she could come and get the children during this time Shilda McCullogh was not close by to the area. I have full custody and parental rights did not sign any kind of agreement with Pamlico County DSS nor received services or lived in the county of Pamlico.

Following day Pamlico County DSS requested I come into their office to have a meeting to reunify me with my children. During this time I expressed again we did not live in the state of North Carolina and I wanted me and my four native offspring to go home. I provide documents [illegible] truth)

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 19 of 55

Pamlico County asked me to take parenting classes, mental health assestment, find housing in Pamlico County, Get a job at Mayo's resturant, change my insurance to North Carolina, doctor appointment for speech for Lin and Lupus appointment for Chnston (Just schedule it) must attend parenting classes in Pamlico County when they were not even offering classes during this time. I did everything reguarding children well being all doctor appointment scheduled dentist paid for it out of pocket, took parenting classes, and all assements requested but refused to moved to Pamlico County nor change our insurance.

Pamlico County DSS Weatherly Holly Russell began to get upset due to the fact I would not change my benefits our insurance to the state of North Carolina. Pamlico County by intimidation forced me and my four native offspring to stay in Craven County or Pamlico County North Carolina

During meeting Holly Russel, Lauren Weatherly and Tracey King and myself located Pamlico County DSS building 828 Alliance main street Bayboro NC Russell stated "You won't be living with your children again unless you are living in Pamlico County, and address your issue in Pamlico first". I asked "What iss... Russell advised Jan 2025 and walked away out of the meeting. I stated that I was not staying in N.C. nor was I staying in Pamlico County began to walk out of the DSS building but exiting the ... I just stay

you abandoned your children and DSS will have custody." This was Unconstitutional violated my substantial Rights showed pure hate toward me.

February 14th 2025 Tracy King called my cell phone number 302-365-6526 and requested I go ~~[illegible]~~ give a hair smaple for drugs at labcorp in Craven County at that very moment per Supervisor Weatherly or I could not get my children back nor see my offspring any longer. During this time I was not in the area I was in Willington NC for work. I agreed to share my location sent a picture including video footage. I called labcrop appointment in Goldsboro North Carolina Sent Pamlico County DSS request for them to make a payment to get the results they refused to do so. Holly Russel called said do not worry about it.

Feb 18th 2025 on or about Tracey King called Ben Hollowell asked him ~~[illegible]~~ if he could get the children he advised her to reach out to Shilda McCullogh the grandmother. King stated she was concerned ~~with~~ because I was dating and older white man by the name of Jerry Casey and it looks bad on my behalf. my mother reached out to me asked me was everything Okay? The Statement made by King were not true. I expressed to my mother what was requested volunteeritary by DSS and completed all requirement during this time I had full custody and parental rights nor did I [illegible] in the state of

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 21 of 55

of North Carolina nor never lived in the county of pamlico County. I did everything they requested times two.

Reached out to lawnn Weatherly requesting to go back home to my domicile in Washington D.C. with my offspring peremantly without being threaten to be placed in jail. Weatherly refused to agree and stated I could not leave the state of North Carolina with my offspring

On March 10th 2025 Marjorie Fritz requested that the children go back with their mother Brittany McCullough this was not suppose to be long term and her apartment was only 520 sq ft was not suitable for four young children to stay long term. Fritz informed the DSS worker that she seen the home were me and the children stay in Washington DC and it was beautiful and had alot of space. I recieved all benefit from the state of Washington DC and we should of been able to go home. Pamlico County DSS worker failed to respond to request then threaten her of jail time if the children were removed without Pamlico DSS consent. Fritz spoke on their homeschool studies that they need to be able to have space to learn and study their work without so much going on in one small space. Fritz stated I was a great mother and we all loved one another and should not be taken apart from one another. [illegible] could

She could not answer any of her question, could not close out a case because she did not have one open to close. Fitz then asked about any kind of court dates DSS had they stated they did not have one. I did not sign any documentation; ~~w~~ nor agreement with Pamlico County DSS and they had no reason for services because their was not form of neglect nor abuse toward my offspring.

On March 15 or 17th 2025 I reached out to my mother Hilda McCullough she reached out to Pamlico DSS trying to figure out why my offspring were not allowed to go back home to Washington DC and to be with their Mother Brittany McCullough what did I do that could not even be around my own children without being threaten to be placed into jail? Pamlico County DSS never answer the ~~the~~ question.

Pastor Wright went to Pamlico County DSS Located 828 Alliance main street Bayboro NC 28515 on a schedule appointment. Lauren Weatherly and Tracy King had an open conversation about me and my 4 offspring without my present. Pastor Wright requested that the children be given to their mother.

Janice Carmon went to Pamlico County DSS requested to speak with Pamlico County DSS supervisor Lauren Weatherly asking what was really going on why the children were being kept in North Carolina not allowed to

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 23 of 55

go home? What had to be done to stop the threaten of her freedom just because a mother wants to be with her children and go back home. Jonice Carmon stated and they confirm that I had full custody and Parental rights.

Pamlico County DSS refused to answer any other question. We proceed to reach out to Craven County GAL office to see whom the children GAL was appointed. They ~~$~~ looked into the system stated the children were not in the system for GAL they did not have court order and the only way to get GAL the judge had to sign off for GAL.

Jonice Carmon reach out to Steven Hollowell the head clerk of court and scheduled an appointment to speak with him. Hollowell stated that Pamlico County DSS was not following ~~proc~~ procedure nor due process of law did not what they had going on nor what kind of business Pamlico County DSS was conducting.

On or about March 20th 2025 Fritz began to restless due to her health condition. It began to take a toll on her strengthen to take proper care of four young children. Fritz requested the children be given back to their mother Brittany McCullough even though at this time I had legal custody and parental rights. She just did not want to go to jail [illegible]

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 24 of 55

Fritz request peace and quiet to restore her body. Pamlico DSS refused to allow Fritz to recieve help from the children mother nor anyone in the children family. Pamlico County threaten imprisonment if she accepted our help and they found out about it.

Due to the concerns for Fritz health at this time I borrowed a RV to stay close by to Fritz and the children and sleep in the RV and stay with the children during the day as need be. Pastor Jeff from Havelock the director of the Pregnancy center reached out to Pamlico County DSS to speak with them of there misconduct and treatment towards my family and offspring being withheld to go home. Pastor Jeff reached out with email phone calls and left several voicemail on the weekly basics. No response.

During this time I went to Pamlico County DSS located 828 Alliance main street Bayboro NC to speak with DSS worker Holly Russell, lauren Weatherly, and Tracy King during this time i noticed that Pamlico County Police officer Dwayne Dobbs was in the front room with Holly Russell & Lauren Weatherly close by on the behalf of his good friend underwood whom was fired from Pamlico County Police department due to incident that happened on Jan 9th 2025 unlawful arrest lead to SBI investigation later transfer to the N.C Attorney General.

March 25th 2025 on or about Lauren Weatherly and Tracy King stated if my mother Hilda McCullough comes to North Carolina they would allow the children to go to their grand mother and you are free to go back to Washington D.C. During this time I never signed any kind of agreement nor documation with Pamlico County DSS nor did neither myself or my offspring stay in the county of Pamlico County. Pamlico County continue to abuse their authority.

Pamlico County DSS worker knew i did want anymore encounter with Pamlico County Police department due to Jan 9th 2025 incident and I expressed what happenend that night to the above said wrongdoers they did not care what we experenced that night by those officers whom they are good friends with.

I check online and called to see if Pamlico County or Craven County had any kind of court date coming up. I reached back out to the GAL office to check for any court orders they did not have any kind of information nor my four offsprings. The GAL ~~son~~ office said you should be able to move freely with your children. Ms Jonice Cannon was present when I made these phone calls.

On or about March 28th 2025 Shilda McCullough traveled to Pamlico County located in North Carolina to pick up her grandchildren from Chesterfield VA. Shilda McCullough (grandmother) Brittany McCullough (mother) and Jerice Cannon (witness) went to 828 Alliance main street Bayboro NC 28515 around 2pm to speak with Pamlico County DSS workers Weatherly and King we waited for over 2 hours before they decide to speak with us around 4pm.

Weatherly and King expressed if I did not work with Pamlico County DSS they would have to place my children into foster care. If I did not sign an agreement they could not give my four offspring to their biological Grandmother.

Weatherly expressed how i refused to sign agreement before and thank her for coming to stop the children from going to foster care.

Weatherly kept threaten to take the children if I did not sign agreement stated all of this could be over and your grandchildren could of been back home with your daugther if she would of stop fighting with them and sign the form.

Weatherly expressed I still hold legal custody and parental rights [illegible] do I

need to sign an agreement to give my children to my mother. Since I had custody and parental rights to go with their Grandmother.

Weatherly stated Pamlico County DSS just wanted to do background check before the children ~~were~~ left they were free to go. my mother was in tears and agreed to background check provide all information, we left Pamlico County DSS and Fritz contacted us letting us know (Shilda McCullough) that we could not see the children and had to call Pamlico County DSS if she came by she was told to call police. I refused to sign anything with Pamlico County DSS.

Following day Shilda McCullough and myself went back to Pamlico County DSS lauren Weatherly and Tracy King ask us the question do you really want your children to end up in foster Care. Weatherly requested the form to be signed or they would place them in a foster care home.

Tracy King and Lauren Weatherly provide me with a blank form for me to sign. I refused to sign a blank form so the only thing written on the form wa to give my four native offspring to their grandmoth Shilda McCullough. They expressed they only wante to give the children to their Grandmother and this

Should all be over in 48 hours. we should be able to take my children back to Chester Feild VA without being arrested once the background came back. Brittany you will still have custody and ~~if~~ could with draw from agreement at anytime with ~~[illegible]~~ verbal notice or written notice.

During this time Pamlico County DSS placed me and mother under so much stress duress i agreed to sign form so my children could go with their Grandmother Shilda McCullough not be placed in foster care. my mother Shilda McCullough provide copy of her Government Clearance as requested.

Several individual went again to Pamlico County DSS requested that they stop abusing their authority on the behalf of the McCullough family. Pamlico County DSS disclosed certian cas detail trying to paint a picture of me being bad mother for the community that I did not want my children. I was allegally on drugs and refused to do right by my children. These statement are not true statements.

Fritz reached back out again to Pamlico County DSS King to inform her of her health condition and the four children need to go with family and their Grandmother is here to get them they should let them go. Fritz said she needs help and Shilda McCullough could stay

at her house so Fritz could get some rest King said that was not allowed. Shilda McCullough could not stay at Fritz home to watch her our Grandchildren. Pamlico County DSS informed Fritz to figure out anyone else that she wanted just nobody in ~~their~~ (my) family.

Pamlico County DSS threaten Fritz to not allow the children to even go outside to play live a normal life or they would seize them children from her place them in foster care.

On or about April 1 2025 Holly Russell called Shilda McCullough said that she could not have her Grandchildren due to a late bill. ~~[illegible]~~ and She did not live in the state of North Carolina.

My cousin Leemoni Scott came from Chesterfield VA to speak with Weatherly and King she gave her DL for a background check and wanted to see the children and hang out with them. Pamlico County DSS refused to allow her spend time with ~~the~~ her nephews ~~[illegible]~~. They threaten to have her arrested. During that time I already withdrew from any kind of agreement due to breach of agreement. Pamlico County DSS decide to not give anyone in our family access to my native offspring.

Janice Carmon went back to Pamlico County DSS to speak with DSS worker with Shilda McCullough during this time Shilda McCullough expressed she was going to hire a lawyer to get her Grandchildren enough was enough.

During this time the children had no choice but to take care of themselves due to Fritz health at the current time. Pamlico County DSS left her with no option nor services to assist with the children.

Christian McCullough (13yrs old) was left to watch his [illegible]yr old sister all day and thru out the night. Levi (11yr old) was taken care of Fritz and Thompson his 16yr old brother. Fritz was placed on new medication that caused her to sleep all day.

I reached out to Tracy King ~~and~~ told her these concerns she did not seem to care nor want to help figure out a solution.

Shilda McCullough reach out to the law firm Crow and Smith we had an appointment with Guy Smith. We provided Guy Smith a copy of all paper work and to view the video footage. Guy Smith checked the court systems could not find court date set anywhere. Guy Smith reached out to Pamlico County DSS. He stated they [illegible] return

his calls, Guy Smith (Attorney) said we did not have a case for him to take and he would do use a favor due to our relationship with Carmon and try to get thru Pamlico DSS and when something or a case came up in the system he could take the court Guy Smith stated their was NO Court date in Craven nor Pamlic for my four native offspring.

After speaking with Guy Smith Holly Russell contacted Shilda McCullough and stated it was not because of her background she was approved she just need her to live in the state of North Carolina and if she moved to Pamlico/Craven County then she could get her grandchildren It would not be an issue.

Shilda McCullough went and found a place in havelock and then went to Havelock DMV to get DL and went back to Pamlico County DSS with Janice Cannon. Tracy King and Lauren Weatherly refused to allow her grand-children to go stay with Shilda McCullough during this time I signed a notarized letter give temporary custody to Shilda McCullough. Pamlico County DSS refused to accept the documentation. Pamlico County DSS Stated that Shilda McCullough had to live in North Carolina for 90 days.

King and Weatherly then asked if Cameron would take the children and if she agreed they would give her my children tonight once they did a home visit with her in the next hour. Pamlico County DSS did not have custody ~~to~~ nor authority to make that decision. Cameron stated that she did not mind they took her information an approved her to travel to Craven County to pick up the children and bring them to her home and if she allowed either Shilda McCullough or Brittany McCullough around the children or watch my children whom I had full custody and parental right of they would arrest her. We could not be left alone with the children due to fact we did not live in the state of North Carolina.

Tracy King began to investigate Shilda McCullough area she moved too asked for her lease, landlord information and individual whom lived in the area. King asked the landlord question about Brittany McCullough and told him that el had a DSS case and I was not allowed around my children not to rent to Shilda McCullough nor Brittany McCullough due to DSS case. The landlord called us to report what King had stated on the phone.

April 3th 2025 Fritz said to Pamlico County DSS again with her mother present over the phone that taken care of four children alone without help at this time was a little bit to much for her. She asked Pamlico DSS Weatherly and King for a break

since they have threaten to put her in jail if she recieved any kind of help from myself nor anyone in ~~[illegible]~~ my family. Fritz asked Pamlico County to come get the children for the weekend. Pamlico County refused to come get the children. Fritz sent emails text messages and called several times requesting assist. I suggested I stay she told me that I could not.

Later on that night around 11pm my 1yr old daughter Devora McCullough placed one of Fritz pills in her mouth and my 6yr old son Thompson Onuoha had to take the pill out of her mouth. Thompson Onuoha facetime me showed me several other pills on the floor and the pill that was in her mouth he took it out of her mouth

I called Fritz several times tried to wake her up; the children try to awake her no respond then I reached out to Havelock EMS and Fritz son whom lived in the area. Fritz woke up but did not understand clearly what was going on and expressed she was tried to deal with Devora right now and she was fine went back to sleep (Seen this on facetime). When EMS arrived her son made it their ~~[illegible]~~ about five mins before EMS during this time Fritz stated in front of EMS for me to come and pick up my children and the followed with a text messages "Come get your children I am tried and I need a break" Enough is Enough

When that happened I had enough of Pamlico County DSS my daughter could of passed away and Fritz was tired so I went and picked up my four native offspring earlier that morning (next morning).

Courtney Norfleet Pamlico County DSS whom at this time I never meant nor my four minor offspring under Weatherly supervision after Weatherly called the police on me and stated I took my children whom I had full custody and parental rights of kidnap my own children. had Havelock PD go out to Fritz home located at 4009 Landing circle Havelock NC apt #101. Norfleet arrived in Havelock out of her jurisdiction and made false statement to Havelock PD which was later provide to SBI and the FBI in four states. Norfleet sign paperwork that Pamlico County had legal custody of my four native offspring that was not true statement. Norfleet sign paperwork for an Amber Alert and in Kilgone report stated that I lost my parental rights earlier that April 2025.

Courtney Norfleet stated that she went to Margione Fritz home and seen all four children on the day of the 7th of April 2025 at 4009 Landing circle Havelock NC that was a false statement. Norfleet stated they (Pamlico DSS) had a court hearing on Sunday April 6th 2025 to remove my children. The non secure custody order [illegible] without case file nor

return of service were the children were Located or pick up by.

I was not notify nor present due any hearing in April 2025 nor did I have an attorney nor my children. Lauren Weatherly told false statement that my children were homeless and at substantial risk of injury or death in order to get ex part hearing on a Sunday April 6th 2025 Weatherly ~~ast~~ also stated my son Thompson Onuoha was non-verbal and that is how they got Amber alert.

Pamlico County DSS and Justin Kilgore (Detective) from Havelock NC fraudulent defaud the SBI and the FBI by stating I lost my parental Rights back April 2025.

April 8th 2025 Pamlico County DSS and Havelock PD conspired to figure out way to have me arrested and take my four native offspring.

Caleb Jobe stated in his report that he arrested me in Washington DC himself that was not a true statement. I never meant this man.

Once the case was turn over to the FBI and SBI Kilogone Detective from Havelock refused to give my three cellphone over to them with holding evidence.

Detective langley and Justin Kilogone ~~keep~~ kept work the case when the SBI and FBI directed them to stop and called my mother Shilda McCullough began question her in the middle of the night who lived in Prince George CountyMD.

Shilda McCullough was a subpect in this false case. She was circle at Jerry mike by Prince George police and followed around due to Pamlico County DSS false report and prejudice racist ways.

Brain J. Gatchel said in the court hearing on the 6th of April 2025 from CD-Rom I listen to that they did not believe at less two out of my four children were actually my kids. due to their skin color i believe.

I was arrested in Washington DC at the court house on April 9th 2025. Tracy King from Pamlico County DSS went to pick up my children were I left them at without my consent nor knowledge.

Kilogore kept working the case [illegible] and had Casey Hoffman question my children without my Consent nor knowledge Located at the child advocacy center in Craven Pamlico Carteret county.

On 4/14/2025 Kilogore add evidence of my cell phone from Pamlico County DSS Lawren Weatherly Tracy King and Debra Green provide them to him.

On 4/16/2025 Kilogore from Havelock PD picked me up from washington DC after released without a warrant nor a Governor warrant to transport me Justin Kilogore then took me to Craven hospital for the night holding me hostage.

4/18/2025 I was booked for abduction of my own offspring whom I have custody and parental rights of and placed on 1 million dollar bond and requested to give DNA samples upon release.

My four offspring and myself were human trafficked held capcity against our will. Justin Kilogore never provide any kind of paperwork warrant of any kind.

Detective Kiplogone expressed the Chip Hughes order them to come pick us up and they did not have and documentation yet waiting on Chip Hughes to provide it.

Kiplogone expressed they did not know who was going to come get me Pamlico County or Craven County and then they decide to send the City of Havelock to come get me.

4/16/2025 I was not present notice was not given nor was me nor my children in the state of North Carolina. Court hearing

4/9/2025 I was not present during this court hearing no attorney nor the children did not have an attorney nor were the children in North Carolina

4/16/2025 I was not present during this hearing no notice of the hearing no attorney for me nor my children.

[illegible]

Children could not have contact with me nor their family for over 7 months. Pamlico County placed them in Public school without my consent nor knowledge.

5/22/2025 or 5/28/2025 Judge Walter Mills refuced to allow any one in my family to come into the caurt room nor friends closing the court. Refused to give my children to their family.

April 20th 2025 I went before Judge Pulley whom tried to set my bond right but the DA stated that the bond was ~~set~~ ~~one~~ set and I could not have contact with anyone in Washington DC or New York city.

May 4th 2025 Nicholas D. Yuko came to see me I provide all information to him requested a speedy trial or bond reducing he would not go neither he stated he did not want to upset the DA with a speed trial and it was to early for a bond reduction. I expressed that the United States District court did not take the case and the Federal court did not charge me so why am I here Yuko did not have answer for me other then I heard you made alot of people mad in the country.

On may 28 2025 or 5/22/2025 was first time meeting attorney Donna Boggs and Brian J. Gatchel had a private meeting with him. Boggs was Gatchel Do gon She was [illegible] anything She was even unsure of court hearing

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 40 of 55

Gatrel would say she was present for when she was not.

May 5th 2025 I reach back out to Wilkes again he claimed that the ~~Feds~~ Feds were taken my case and I had to wait 6 months for bond hearing reduction

May 20th 2025 I requested a speed trial he refused

May 20th 2025 Pamlico County did a hearing for non-Secure custody and requested Birth certification they reach out to my mother trying to get the Birth Certification claiming inorder to do ICPC application to get the children to family. Pamlico County DSS want to much information to never use it. The ~~court~~ Judge refused to grant custody to anyone in my family.

Pamlico County DSS then requested Soical Security cards from me and my family.

June 2025 it was a hearing on Birth Certification

July 8th 2025 they had a court date asking for BC at Pamlico County District Court. Courtney Worfleet Stated if we just provide documention they could move forward

June to August 2025 Donna Boggs did not get a discovery that she requested on the record, she did not reach out me to me once nor never came to see me avoid me completely. Boggs ~~displace~~ disappear for a few months would not speak to me directly only thru DSS workers.

On 8/25/25 Donna Boggs scheduled a hearing without my knowledge I attend that court hearing and requested my discovery which she did not have. Boggs stated let's get the children moved for their safety before anything else. Thurout all of the court hearing Brain Gatchel alway threaten to move seprate the children If I knew were they were or conta them.

Donna Boggs was requested to withdraw to ineffective counsel.

In the month of September right are memorial day weekend around 8th day of September Marasha Mitchell Hamilton came to visit me at Craven County DOC stated she was my new lawyer. Hamilton told me our first court date was on 10/8/2025 my son birthday. Hamilton claimed she was going help me so just relax she was an angel. That was a complete lie

10/6/25 Craven County release me to Pamlico County for court but Marsha Hamilton stated that she was not in the area and forgot about this court hearing. It one a record line at Craven DOC. During this time they went ahead and add a new GAL Charles laplace to the children case as the Children GAL and removed Kakyla cook whom no one never seen. Myself nor the children spoke with her.

Charles laplace came to visit me at the Craven County Doc and began to ask me harrassing question's about my mother saying bad statement toward her and expected me to agree with him. I asked him to leave and I what does my childhood have to do with my children and who informed you of these lies

Charles laplace recieved information from unformed individual and refuse to suggest my children going with my mother their grand-mother.

Charles laplace was ~~are~~ aware of the abuse of authority abuse done to my children by said above wrongdoers and failed to report it

The child who are 12 and older do not get noticed of court hearing nor the guardian they are with. They refuse to provide notice nor want the children to have a voice.

Robert Dees and Charles laplace got into it because Dees told the truth about the children having to be noticed. Dee end up quiting on May 2026 after that disagreement.

Charles laplace Stated that the children would stay in Pamlico County and will not go back with family.

For several months Pamlico County DSS failed to speak to me nor give me updates on my children I expressed that to Charles laplace when he would come to see me. Charles laplace missed several court hearing for the children when asked he could not give reason

Judge Mcfadyen signed off on hearing 4/16/2025 without my knowledge nor consent nor present nor attorney for either myself or the children one month later of the order.
Judge massie will not accept any of my filing in the courtroom nor allow me to address the court. She signed documents months later

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 44 of 55

Signed disposition hearing ~~on~~ that was allegedly on ~~re~~ Feb 11 2025 in the month of May 2025. Judge massie then stated that Marashe Hamilton was not my attorney during this time and was in the hearing as ineffective counsel I stated that in my motion

Pamlico County DSS Tracy King removed herself from lauren Weatherly and transfer to a different departmen due to Pamlico County DSS worker lauren Weatherly and Holly Russel. King Stated that weatherly was bias and handle this case completely unfair. King also noticed that weatherly was misleading this case to cause harm to the children and stood up for them so she would not speak them and refused to lie to police and FBI.

Robert Dees was misled by lauren Weatherly and Charles laplace was always around Dees to make decision to channel his decision. weatherly would make the reports for Dees Dees reported he did not like the report that weatherly created was not going to allow her to do it anymore. lauren Weatherly try to get Dees to make certain comments on the record about levi speech ~~and~~ during the hearing and Dees refused to make that kind of comment [illegible] not notice

Pamlico County DSS Charles laprece and Holly Russell misinformed Dees about their biological Grandmother told him that the children could not go their due to her connect to child abduction case. Stated she was involved which was not a true statement

Judge Massie refused to address my filing of ineffective counsel mis leding nor informing me of disposition hearing doing Alford plea without my consent

On 11/12/2025 Charles laplece made suggestion/recommendation that went totally out of the native of my character, none of these recommendatio matched any concerns in my life. They defamed my character by saying I was on drugs which I was not. Find living arrangments so I am not homeless which is an issue of mine.

11/12/2025 Marsha Hamilton entered into a plea deal "Alford plea" without my consent nor knowledge and refused to speak with me about it after I found out. Hamilton refused to answer my phone call so I left her several messages for a month or two striaght. She answer the phone once and stated it was nothing that could be done about it.

Hamilton refused to put in an appeal nor correct her mistakes. She lay to cover up her lies (wrongdoing) would not provide me with a discovery nor any evidence as I requested.

Hamilton called me stupid for wanting to fight for Justice and to think about the well being of my children. If I fought for Justice I might just lose my children forever never be a mother again. She threaten me If i spoke up I would lose my parental rights. Hamilton Stated I was not allowed to recieve any records any filing nor see anything from DSS because it was for my case in Craven County. She will speak to my attorney directly Nicholas Yuko.

I expressed to Hamilton she was violating my Constitutional Rights by telling DA Jamie Askin, Yuko and Stweet about me case in Pamlico County ex parte communication.

On 1/20/26 Yuko Stweat and Hamilton came to visit me at Craven County DOC in holding 1?6 before arrival they held a conference with DA Jamie Asking Hamilton said she provided everything to Yuko. Hamilton provide me with the [illegible] Monroe.

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 47 of 55

Hamilton refused to tell me any deals about my DSS case and said everything has been given to Yuko. They discussed with DA Askin a good deal with me of 5yrs for abduction of my own children I had full custody and parental right s

I requested several times for Hamilton to withdraw from my case she refused stated she was not going to withdraw until the case was done. She told me to worry about getting out of their pink jumper.

Hamilton belittled me and disrespected me any chance she got and made it very personal on the attack against me for me wanting to remove herself

Feb 2026
Pamlico County Clerk of court refused to file my filing and the Judge Massie refused to allow me to address my motion

The court of records and Pamlico County refused to provide transcripts as requested on case matter 25JA000001-680 25JA000002-680 25JA000003-680 25JA000004-680

Craven County in Feb 2026 refused to file my filing not accept my motion as Pro Se. Judge Rowe stated I had to give all of my filing to DA Askin before filing on the record or it won't get filed.

I filed the motion again thru the mail. Craven County Jail refused to mail out my mail to the clerk of court.

I requested a discovery from Craven County for the alleged chargers they refused to provide the discovery Nicholas Wiles Mark Stuart and DA Jamie Askin refused to provide.

Judge Rowe diened all of my constitutional right on my filing on the record, He would not allow me to maintain a defense threaten to lock me up If I spoke in the court room when given my defense. I requested a bond hearing to get back to my children out of foster care. Judge Rowe stated on the record "He did not care if my child stay in foster care" would not lower my bail but sent it to 2 million at first then turn around change it a no bond then 1.1 million

Judge Wills Augustine Signed Detective Kilogore warrants and other court filing after case was give to the FBI. None of these filing were filed with the clerk of court on April 9th 2025

~~B~~ On march 2026 Mantstreat, and Judge Augustine gave me a discovery provide by DA Jamee Aslin none of the court dates filed none time stamped nor signed on important filing.

On ~~may~~ March 3, 2026 c/o madison conspired with Lt Hartkly sgt. Butler and cheif Caad smith an took my mail. I had 6 pieces of mail ~~to~~ two to the United ~~State~~ State court of ~~[illegible]~~ Eastern District Westen Division One to the clerk of court in Pamlico count, one to Craven clerk of court and one to my children. They refused to tell me nor do an investigation on my missing mail but instead punished me for asking the cheif to find my mail. They took 147.13 from my account and then moved me to wayne county per the court orders. (The Judge) before leaving I verifiey with c/o Hardison if my mail was logde into the system for out going mail. C/o Hardison said no she did not see any thing.

Before sending me to wayne County i requested C/o Johnson to ask Chad Smith if i could have my mail picked up so it could be cerified and clarified C/o Johnson stated Chad Smith said no and if I did not like their mail system then do not use.

Cheif Chad Smith and DA Jamie Askin began to work together to jeoprized my defense. They took filing out change it with adobe edit. The jail took my mail and give it to Craven County investigation Sgt. G has expressed that Chief Chad Smith is in direct contact with DA Jamie Askin about me case. Askin has given him access to my evidence all filing and Chief Chad Smith has given access to everyone in the jail who works for him. Over 10-15 workers have access to my discovery and evidence.
May 19th 2026 I recieved CD-Rom from Pamlico County Craven County Jail C/O Gray told me that Chad Smith told her to give the CD to him when they were mailed to me.

C/o Mumel stated that everyone knew about my case and told the whole E pod about my case out loud. The inmates discuss me case with the c/o here and all of my evidence is public access due to Chad Smith. ~~Cha~~ Has been changed ... Adobe edit

In or about April 23 2026
located at craven county Jail the sheriff officers
from the jail went to several inmates asking about
me. One being Brittany Jones and Natile Katherine Adams
was present as well when she heard Brittany Jones
tell me the officers asked was insance and if I
need to go to Cherry because I decide to go Pro Se.
They asked if I wanted to kill myself which I
did not display these sign at all. Brittany Jones
Stated she did not believe they asked her that
said no she seem fine to me.

Craven County Jail worker being to pick fights
with me the placed me in room #111 to be housed
alone. They refuse to give me tissue nor cleaning
supplies. c/o murrel c/o moser locked me back
for either asking a question about my mail or
for cleaning supplies.

They took away my access to the court from me
not allow me to use the law library, mail, paper
nor pens. My mail would go missing so I had
to seen it out thru other inmates whom were being
released.

I was threaten by c/o murrel to be beat up
and 3he popped the door 30 inmate trainer
Bryant [illegible] fight



5

me. I could not make phone call nor speak to anyone as punishment. They both laughed and yelled out loud about my case. b/c i wrote a grevence on the Kiosk.

Wyane County took went thru all of my legal work and legal documentation and took items out of my folders from Pamlico County ~~[illegible]~~.

Wyane County Sgt Anderson refused to allow me to take any of my legal work legal doc the second time withheld my bible. the knew I was pro se.
A young man would come from Pamlico County to go thru my Stuff and if he was not their ~~Wayne~~ County would not do it, I caugth this man several times taken paper work.

Sgt Vegaz locked me back placed me with Amada who had real bad mental illness for asking for pencil and paper she was detoxing as well. She told me she locked me back for asking for paper and pencil. which they would not supply to me.

Craven County began to get upset that I was sending out my mail with weekender inmates and have it certified mail and return me back to Craven County [illegible] again



→

wayne county has not sent my mail from NC Bar Association or national Bar assocvation with holding it.

I requested DA Jamie Ashne to allow my witnesses come to visit me for my trial date. Lt Hartkley blocks my witnesses from calling in or me calling out.

Craven Jail refused to make any copies for me for trial (exhibits) and has jeopardized my ~~case~~ defense.

Brain Gatchel did all of my writ to pamlico County not the Judge.

Brain Gatchel is one my bonds under the Board of education and the attorney against me with Pamlico County DSS.

July 13th 2026
Irene finney refused to accept my filing on the record sat down and crossed her arms and said she was not take it.
Judge Freshwater refused to accept my filing on the record and said if Irene not taken it then you have to mail it. When I asked Freshwater to file motion on the record.

Case 5:26-ct-03243-D Document 1 Filed 08/07/26 Page 54 of 55

On July 13th 2026
Major Anthony Collinson yelled at me put his finger in my face for asking for pictures taken of me on Jan 9th 2026 at the jail. Refused to provide them

July 6th 2026
DA Jamie asking and Judge Cherry had an ex parte hearing holding case on the record without my consent nor knowledge.

Craven County clerk of court refused to file my filing after DA Jamie ~~refus~~ placed me on "holding".
This is my 3 time trying to send this complaint.

I affirm this is my testimony and is true to the best of my knowledge so help me God.

Respectfully submitted,
By: [signature]
Good faith, Clean heart,
Pure hand
I make all Right waiving
None
July 20 2026