Exhibit #1

# STATE OF NORTH CAROLINA

Craven County

File No
25CR277952-240

In The General Court Of Justice
Superior Court Division

**STATE VERSUS**

*Name And Address Of Defendant*
BRITTANY LATRINA MCCULLOUGH
2403 TRENT RD
NEW BERN NC 28562

# INDICTMENT

☐ This is a superseding indictment

| Race | Sex | Date Of Birth |
|---|---|---|
| Black | Female | 09/07/1989 |

*Spoken Language Court Interpreter Needed For Any Party Victim Or Witness? (If Yes identify person(s) and language(s) Interpreters provided for all court proceedings at no cost )*
☐ No ☐ Yes *(explain)*

| | Offense(s) | Date Of Offense OR Date Range Of Offense | G S No | CL |
|---|---|---|---|---|
| I | ABDUCTION OF CHILDREN | 04/08/2025 | 14-41 | FF |
| II | ABDUCTION OF CHILDREN | 04/08/2025 | 14-41 | FF |
| III | ABDUCTION OF CHILDREN | 04/08/2025 | 14-41 | FF |
| IV | ABDUCTION OF CHILDREN | 04/08/2025 | 14-41 | FF |

I The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did without legal justification or defense abduct D M, a minor who was at least four years younger than the defendant, from the person, Legal Custody Pamlico County DSS placed with Marjorie Fritz, lawfully entitled to the child's custody, placement care

II The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did without legal justification or defense abduct T O , a minor who was at least four years younger than the defendant, from the person, Legal Custody Pamlico County DSS placed with Marjorie Fritz, lawfully entitled to the child's custody, placement care

III The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did without legal justification or defense abduct C M, a minor who was at least four years younger than the defendant, from the person, Legal Custody Pamlico County DSS placed with Marjorie Fritz, lawfully entitled to the child's custody, placement care

IV The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did without legal justification or defense abduct L M, a minor who was at least four years younger than the defendant, from the person, Legal Custody Pamlico County DSS placed with Marjorie Fritz, lawfully entitled to the child's custody, placement care

**SIGNATURE OF PROSECUTOR**

*Signature Of Prosecutor*

25CR277952-240
IND 10
Indictment Issued
515859



© 2024 Administrative Office of the Courts

| STATE VERSUS | File No 25CR277952-240 |
|---|---|

*Name Of Defendant*

MCCULLOUGH, BRITTANY LATRINA

## WITNESSES

- [x] J KILGORE- HPD (CHARGING OFFICER)
- [ ] K SMITH-HPD (BACKUP)
- [ ] A GUERRERO-HPD (BACKUP)
- [ ]
- [ ]
- [ ]
- [ ]
- [ ]

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be

- [x] A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment
- [ ] NOT A TRUE BILL

| *Date* | *Signature Of Grand Jury Foreperson* |
|---|---|
| 10-27-2025 | [signature] |

AOC-CR-122 (ICMS), Page 2 of 2, Rev 7/24

© 2024 Administrative Office of the Courts

EXHIBIT #2

# STATE OF NORTH CAROLINA

Craven County

File No 25CR 009978-240

In The General Court Of Justice
Superior Court Division

## INDICTMENT

☐ This is a superseding indictment

**STATE VERSUS**

*Name And Address Of Defendant*
BRITTANY LATRINA MCCULLOUGH

2403 TRENT ROAD
NEW BERN, NC 28562

| *Race* | *Sex* | *Date Of Birth* |
|---|---|---|
| Black | Female | 09/07/1989 |

*Spoken Language Court Interpreter Needed For Any Party, Victim Or Witness? (If Yes, identify person(s) and language(s) Interpreters provided for all court proceedings at no cost)*
☐ No ☐ Yes *(explain)*

| | Offense(s) | Date Of Offense OR Date Range Of Offense | G S No | CL |
|---|---|---|---|---|
| I | FELONY CONSPIRACY | 04/08/2025 | 14-2 4(A) | F |

I The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did
conspire with Ronlunte Leroy Wright to commit the felonies of Abduction of Children, Obstruction of Justice against D M, T O,C M and L M

**SIGNATURE OF PROSECUTOR**

*Signature Of Prosecutor*

**WITNESSES**

- ☑ J KILGORE- HPD (CHARGING OFFICER)
- ☐ K SMITH-HPD (BACKUP)
- ☐ A GUERRERO-HPD (BACKUP)
- ☐
- ☐
- ☐
- ☐
- ☐

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be

☑ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment

☐ NOT A TRUE BILL

*Date* 10-27-2025

*Signature Of Grand Jury Foreperson*

AOC-CR-122 (ICMS), Rev 7/24
© 2024 Administrative Office of the Courts

**STATE VERSUS**

File No 25CR

Name Of Defendant

MCCULLOUGH, BRITTANY LATRINA

| | **WITNESSES** | |
|---|---|---|

- [x] J KILGORE- HPD (CHARGING OFFICER)
- [ ] K SMITH-HPD (BACKUP)
- [ ] A GUERRERO-HPD (BACKUP)
- [ ]
- [ ]
- [ ]
- [ ]
- [ ]

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be

- [x] A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment
- [ ] NOT A TRUE BILL

| Date | Signature Of Grand Jury Foreperson |
|---|---|
| 10-27-2025 | [signature] |

AOC-CR-122 (ICMS), Page 2 of 2, Rev 7/24

© 2024 Administrative Office of the Courts

Exhibit #3

# STATE OF NORTH CAROLINA

Craven County

File No 25CR 010000-240

In The General Court Of Justice
Superior Court Division

**STATE VERSUS**

Name And Address Of Defendant
BRITTANY LATRINA MCCULLOUGH
2403 TRENT RD
NEW BERN NC 28562

| Race | Sex | Date Of Birth |
|---|---|---|
| Black | Female | 09/07/1989 |

# INDICTMENT

☐ This is a superseding indictment

Spoken Language Court Interpreter Needed For Any Party Victim Or Witness? (If Yes identify person(s) and language(s) Interpreters provided for all court proceedings at no cost)
☐ No ☐ Yes (explain)

| | Offense(s) | Date Of Offense OR Date Range Of Offense | G S No | CL |
|---|---|---|---|---|
| I | OBSTRUCTION OF JUSTICE | 04/08/2025 | | COMMON LAW |
| II | OBSTRUCTION OF JUSTICE | 04/08/2025 | | COMMON LAW |
| III | OBSTRUCTION OF JUSTICE | 04/08/2025 | | COMMON LAW |
| IV | OBSTRUCTION OF JUSTICE | 04/08/2025 | | COMMON LAW |

I The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did obstruct justice by attempting to circumvent a Court Order concerning custody and placement of juvenile D M This offense was done with deceit and intent to defraud This offense was done in secrecy and malice

II The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did obstruct justice by attempting to circumvent a Court Order concerning custody and placement of juvenile T O This offense was done with deceit and intent to defraud . This offense was done in secrecy and malice

III The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did obstruct justice by attempting to circumvent a Court Order concerning custody and placement of juvenile C M This offense was done with deceit and intent to defraud This offense was done in secrecy and malice

IV The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did obstruct justice by attempting to circumvent a Court Order concerning custody and placement of juvenile L M This offense was done with deceit and intent to defraud This offense was done in secrecy and malice

**SIGNATURE OF PROSECUTOR**

Signature Of Prosecutor

AOC-CR-122 (ICMS), Page 1 of 2, Rev 7/24

© 2024 Administrative Office of the Courts

| STATE VERSUS | File No 25CR |
| --- | --- |
| Name Of Defendant<br>MCCULLOUGH, BRITTANY LATRINA | |

**WITNESSES**

- [x] J KILGORE- HPD (CHARGING OFFICER)
- [ ] K SMITH-HPD (BACKUP)
- [ ] A GUERRERO-HPD (BACKUP)
- [ ]
- [ ]
- [ ]
- [ ]
- [ ]

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be

- [x] A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment
- [ ] NOT A TRUE BILL

| Date | Signature Of Grand Jury Foreperson |
| --- | --- |
| 10-27-2025 | [signature] |

AOC-CR-122 (ICMS), Page 2 of 2, Rev 7/24

© 2024 Administrative Office of the Courts

Exhibit #4

FILED
DATE: July 23, 2026
TIME: 1:46:48 PM
CRAVEN COUNTY
CLERK OF SUPERIOR COURT
BY: J. Bell

CX: ADA ASKINS, SUPERIOR JUDGES

State of North Carolina — In the General court of Justice
Craven County — Superior Court division

State of North Carolina — File No: 0/0000-240
vs. — 25CR277952-240
Dittany L. McCullough — 25CR009970-240

Criminal Complaint/Affidavit

Due to the corrupation on my case craven county Government official at Craven County Dentention Center, Craven County ADA office and Craven County investigation unit ententionally, willingly, Knowingly Feloniously Schemed to defraud property by mean of fraudulent pretense commiting Federal mail Fraud as defined in [18 U.S.C. §1341] [See in: United States v. Welch, 327 F.3d 1081, 1104 (10th Cir. 2003) (Baldock, J.)]

Innocent Woman McCullough was deprived of my legal mail by force from Craveen County Detention center employee's whom obtain my mail by fraulent pretense without my knowledge nor consent providing my legal mail to ADA Askin and Craven County Investigation unit. Federal mail Fraud is defined as the use of the mail to carry out a scheme to defraud money/property by means of false pretense. In my case agencies in above caption conspired to use my legal mail to tamper with evidence of my discovery and had prohibited ex parte communication with ADA Jamie Askin with malice intent [See in U.S. v. Wingate, 997 F.2d 1429, 1432 (11th Cir. 1993) (Flatten)

The malicious conduct by ADA Jamie Askins, chief Chad Smith Lt. Hartley, Sgt. Tonya Butler, c/o Gray, c/o K. madian, and Craven County Detective unit has comprized my defense in my case driven by bare desire to cause harm, obtaining my legal mail by fraudulent pretenses, caused irreparable injuries violated the Post offices clauses of the Constitution and due process clause this act was done in bad faith.

Since the begining of March 2026 when innocent woman Brittany McCullough exercised her constitutional right protected under Sixth Amendment self-representation in my criminal case due to ineffective counsel, failed observe safeguard of my constitutional Rights violating [Fourth, fifth, Sixth, eighty, and fourteenth Amendments of the United State Constitution]. Craven County Detention Center has maciously conspired with several other agencies to help in this case by continued tampering with evidence in my discovery

On 3/3/26 - C/o madian was provided six pieces of federal legal mail to be log in the mailing system in the jail for delivery approx hours 5:00-6:00pm. c/o madian recieved mail located in E pod. During this time I was housed in 202 G upstair so before handing my legal mail to c/o madian I placed it in front of the upstair

camera and counts the mail. Then when I walked downsteir I placed in front of the downsteir camera.

I placed each pieces of mail on the desk counting each one several times in front of C/O madian. C/O madian stated "that she did not know how to log in mail so she would have to give it Sgt Butler who was at Front to log it into the system."

when C/O madian arrived back on the block I ask her "Did she give mail to Sgt Butler?" C/O madian said "I placed the mail directly in Sgt. Butler hands."

Later on that night around 11 pm I spoke with C/O Hardison whom stated that she did not see any mailed log in mailing system by Sgt. Butler. C/O Hardison check the 2nd system for mailing did not see any mail log in under my name on that date nor by Sgt. Butler.

The following day I checked again with C/O Johnson for my Federal mail which was supposed to be delivered to the United States District Court Eastern District Western Divison, Craven Superior court clerk, SBI, Pamlico County clerk, National Barr and my children. C/O Johnson did not see anything in the mailing system.

I requested to use the kisok and reported the indict to chief Chad Smith and then ask if c/o Johnson would please ask Chief Smith to come speak to me. chief refused c/o Johnson then went back to Chad Smith to ask if "I could please have my mail picked up due to certian mail I wanted mail certified." Chad Smith said to c/o Johnson "No she will use our mailing system and if she did not like their mailing system then Oh well." c/o Johnson stated that Chad Smith was upset and did not have a respond to my missing legal mail very dismissive.

3/9/26 Chad Smith and an unknown Judge had me moved to wayne county jail to avoid the matter of my missing mail. Stated by several employees at Craven County Detention "It was last minute move and they knew nothing about so they could not provide our checks to us" "This move was order by a Judge so I could not refuse to go."

Once transfer to wayne County jail I was placed into holding cell were I could see my legal mail / legal doc being taken and removed from access to me.

I filed several grievence at wayne county Detention center to Sgt Ferison and Sgt Jones and informed Sgt Anderson that taken my legal work and documentation is illegal.

On or about April 18 2026 once return back to Craven County Detention Center, I requested to speak with Sgt. Buther, Lt. Hartley, c/o madian, and Chief Chad Smith about my mail found in holding 11c. The camera in this room has full audio and video. They refused to speak to me nor give me any kind of pen nor paper. Refused to give me my legal work, legal mail, nor legal documation. Refused to give me personal hygence or property. Sgt Buther lied and told me all of my property was sealed and placed into storage and i could not get it back until I left the jail.

Later on that night corporal Wisner went to the office in the front and provide me with my property all of my legal work and personal hygenes. Cop Wisner gave me paper pen and mailed out my legal work told me "NOT to give my mail to anyone in this jail but herself and coop Gideon to make sure it sent". what was going on was mail Fraud and should not be going on. The following month Cop Wisner was fired for NOT CONSPIRING

in the comuption of the said above wrongdoers.

On or about the 19th of April 2026 St. Hartley, chief Chad Smith, Sgt T. Butter and C/O Grey avoid me all day until I yelled out. Chad Smith popped the door and on the camera Chad Smith refused to answer any question about my missing legal work nor mail, ~~and~~ and missing money. Chad Smith said he would look into never did. This conversation was located in 116 holding with full audio and video.

Chad Smith was not ~~[illegible]~~ shocked to hear about the fraudulent behavior nor misconduct by his staff very dismissive. The following day Smith shipped me out again and never spoke to me about my mail that went missing.

On April 23 2026 I was returned back to Craven County for court and told Judge Rowe on the record about mail found inside of the jail on the record Judge Rowe said it was not his problem and on wall that why I should have a lawyer, I have several witnesses who heard me address the court of Federal Constitutional violation withinside of the jail

Once back from court Lt. Hartley, Sgt. Butler, c/o madian, c/o murel, c/o moser began to inflict cruel and unusual punishment towards me by refusing paper pen and mail service. Housing me alone without a tablet refusing me access from the court to do my legal work.

Once they did place me in the room with others they were detoxing and throwing up bleeding all over c/o moser refused cleaning supplies to clean up blood located all over the cell.

c/o murel yelled at me called me all kind of "Bitches" threaten to whop my ass and threaten me to have other inmates whop my ass. c/o murel talked about my case on the block yelling it out loud so 64 females could hear my case and talking about me and my children. A detail report has been provided to the DOJ with witness statments.

Lt. Hartley, Sgt. Butler, Sgt. G, c/o Gray, chief Chad Smith knew about the cruel and unusal punishment towards me failed to redress misconduct by staff but encouraged their behavior by allowing them to lock me back 10 days, 7 days and 14 days for asking about legal mail and cleaning supplies. I was placed into IOS cell 111 and refused legal access to the courts.

Several inmates and staff member began to discuss my case and several different stories told and said

about my case due to C/O muneil and several other employee's given access to my case by ADA Jamie Askin and Chad Smith.

I was bulley on the reguler by C/O and inmates several of complaint were made with Chief Chad Smith to stop his staff from inflicting cruel punishment towards me.

[illegible]

On May 19th 2026 C/O Gray called me to the front for legal mail. C/O Gray refused to place legal mail in property and stated that Chief Chad Smith was in contacted with DA and was told to give CD to investigation Detectives.
C/O Gray said I would have to speak with Chad Smith about it but as of now these CD are going to Craven County investigation. I told her "It was my legal mail and taken my mail was a Federal offense unlawful C/O Gray said "chief orders you got to take it up with him."

I affirm that this is my testimony True to the best of my knowledge So help me God.

Respectfully submitted

[signature]

7/4/26

Exhibit 5

**STATE OF NORTH CAROLINA**

PAMLICO County

File No.

In The General Court Of Justice
District Court Division

**IN THE MATTER OF**

*Name And Address Of Juvenile*
CHRISTIAN JOHN MCCULLOUGH
4009 LANDING CIRCLE UNIT 101
HAVELOCK, NC 28532

| *Juvenile's Date Of Birth* | *Age* | *Race* | *Sex* |
|---|---|---|---|
| 02/05/2012 | 13 | BLACK | MALE |

# ORDER FOR NONSECURE CUSTODY
## (ABUSE/NEGLECT/DEPENDENCY)

G.S. 7B-502 through -505.1, -508

*Name And Address Of Parent/Guardian/Custodian/Caretaker*
BRITTANY LATRINA MCCULLOUGH
HOMELESS

*Name And Address Of Parent/Guardian/Custodian/Caretaker*
UNKNOWN

Based upon the verified petition, this Court has jurisdiction over the subject matter of this proceeding and of the person of the juvenile.

1. As grounds for the issuance of this Order, the Court finds that there is a reasonable factual basis to believe that the matters alleged in the petition are true, that there are no other reasonable means available to protect the juvenile, and *(check one or more)*
   - ☐ a. the juvenile has been abandoned.
   - ☐ b. the juvenile has suffered physical injury, sexual abuse, or serious emotional damage as defined by G.S. 7B-101(1)e.
   - ☒ c. the juvenile is exposed to a substantial risk of physical injury or sexual abuse because the parent, guardian, custodian, or caretaker has created conditions likely to cause injury or abuse or has failed to provide, or is unable to provide, adequate supervision or protection.
   - ☐ d. the juvenile is in need of medical treatment to cure, alleviate, or prevent suffering serious physical harm which may result in death, disfigurement, or substantial impairment of bodily functions, and the juvenile's parent, guardian, custodian, or caretaker is unwilling or unable to provide or consent to the medical treatment.
   - ☐ e. the parent, guardian, custodian, or caretaker consents to the nonsecure custody order.
   - ☐ f. the juvenile is a runaway and consents to nonsecure custody.

☒ 2. Efforts by DSS to prevent or eliminate the need for the juvenile's placement were reasonable and include: Case management services, Temporary Safety Provider

OR

☐ 3. Efforts to prevent the need for the juvenile's placement were precluded by an immediate threat of harm to the juvenile, and placement of the juvenile in the absence of such efforts was reasonable. *(Describe immediate threat of harm.)*

4. Based on the above findings, the Court concludes that it is contrary to the juvenile's welfare to remain in the home.

☒ 4a. Based on an inquiry of the petitioner, the Court finds that the petitioner ☒ does not know ☐ knows ☐ has reason to know that the juvenile is an Indian Child.
☐ *(if applicable)* Following the inquiry, the Court instructed the petitioner to notify the Court if petitioner subsequently obtains information that provides reason to know that the juvenile is an Indian Child.

☐ 4b. *(if applicable)* The juvenile is an Indian Child and a member of or eligible for membership in the ______ tribe.
☐ *(if applicable)* Emergency removal or placement is necessary to prevent imminent physical damage or harm to the Indian Child.

☒ 5. Based on the *(check one or both)* ☒ petition and request for nonsecure custody, ☐ testimony of the petitioner, the Court concludes that a less intrusive remedy than entering private property to take physical custody of the juvenile is not available.

☐ 6. ☐ A former foster parent of the juvenile, ☐ nonrelative kin of the juvenile, ☐ other person(s) with legal custody of a sibling of the juvenile, ______ *(name person(s))*, is/are willing and able to provide proper care and supervision in a safe home, and placement of the juvenile with this person/these persons ☐ would ☐ would not be in the juvenile's best interests for the following reasons: ______

AOC-J-150, Rev. 10/21
© 2021 Administrative Office of the Courts

(Over)

## TO ANY LAW ENFORCEMENT OFFICER OR DIRECTOR OF A COUNTY DEPARTMENT OF SOCIAL SERVICES

YOU ARE ORDERED to take physical custody of the above-named juvenile(s) for placement in nonsecure custody and to make due return on this Order. You are also ordered to give a copy of this Order to the juvenile's parent, guardian, custodian, or caretaker named above.

The juvenile(s) shall be placed in nonsecure custody with:

[X] 1. the Department of Social Services of the county named above. The department may place the juvenile in a licensed foster home, a home otherwise authorized by law to provide temporary residential care, a facility operated by the department, or the home of a parent, relative, nonrelative kin, or other person with legal custody of a sibling, which the Court hereby approves: ____________________

The department is authorized to arrange for, provide, or consent to routine medical and dental care or treatment including, but not limited to, treatment for common pediatric illnesses and injuries that require prompt intervention; emergency medical, surgical, psychiatric, psychological, or mental health care or treatment; and testing and evaluation in exigent circumstances unless pursuant to G.S. 7B-505.1(a), the court orders the following exceptions to the department's authorization:

____________________ *(if blank, the department has no exceptions to the statutory authorization).*

[ ] The department is authorized to consent to treatment the medical provider recommends in order to cure, alleviate, or prevent the juvenile from suffering physical harm, pursuant to 1.d set forth above as a ground for nonsecure custody.

[ ] The department is authorized to consent to a Child Medical Evaluation. The following findings demonstrate the director's compelling interest in having the juvenile evaluated prior to the hearing on the need for continued nonsecure custody:

____________________

[ ] 2. *(designate person, if the Court places the juvenile directly, not through DSS)* ____________________.
A further hearing to determine the need for continued nonsecure custody, whether with DSS or someone else shall be held:

| *Date Of Hearing* | *Time Of Hearing* [ ] AM [ ] PM | *Place Of Hearing* |
|---|---|---|
| | | |

[ ] 3. The juvenile is a member of a State-recognized tribe. The Department of Social Services shall notify the juvenile's State-recognized tribe of the need for nonsecure custody for the purpose of locating relatives or nonrelative kin for placement.

[X] 4. The Department of Social Services shall make diligent efforts to notify relatives and, if applicable, other persons with legal custody of the juvenile's sibling, of nonsecure custody and subsequent hearings.

## TO ANY LAW ENFORCEMENT OFFICER

[X] *(No. 5 on Side One must be checked)* YOU ARE AUTHORIZED to enter private property to take custody of the juvenile.
[X] and you are authorized to make forcible entry at any hour if that is required by exigent circumstances of the case.

| *Date* 4/6/25 | *Signature Of Judge/Judge's Designee* [signature] | |
|---|---|---|
| *Maximum Duration Of Custody* 7days | *Name Of Judge/Judge's Designee (type or print)* Pamela C. Spain | [ ] Judge [X] Judge's Designee |

### If the person above gives telephonic approval:

| *Time* [ ] AM [ ] PM | *Name And Title Of Person Receiving Telephonic Approval* | *Signature Of Person Receiving Telephonic Approval* |
|---|---|---|
| | | |

## RETURN ON ORDER

| *Date Order Received* | *Date Order Returned* |
|---|---|
| | |

[ ] 1. The juvenile named in this Order was taken into custody at ________ [ ] AM [ ] PM, on *(date)* ________, and taken to ____________________;
I gave a copy of this Order to the person named below.

[ ] 2. Though diligently sought, the juvenile named in this Order could not be found in this county. *(Add any comments or information about the juvenile's possible whereabouts.)*

| *Name Of Person Who Has Personally Received A Copy Of This Order (type or print)* | *Signature And Title Of Person Making Return* |
|---|---|
| *Relationship To Juvenile* | *Department Or Agency* |